# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | DOLORES MAY |
| **Case Number:** | 15-20648-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 22, 2016 03:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/27/16 1:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#47 - Continued Trustee's Certificate of Default to Dismiss

#58 - Continued Confirmation of Plan Dated 5/26/2016 - FC
R / M #:  47 / 0

### Appearances:          Sikirika

Debtor:
Trustee: Winnecour / Bedford / (Pail) Katz
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 12/8/16 at 2:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/14/2016    12:34:23PM