# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | DOLORES MAY |
| **Case Number:** | 15-20648-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 08, 2016 02:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
12/12/16 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#47 - Continued Trustee's Certificate of Default to Dismiss

#58 - Continued Confirmation of Plan Dated 5/26/2016 - FC
R / M #:   47 / 0

**Appearances:**

Debtor: Sikirica

Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2-23-17 at 1:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/29/2016 11:47:17 AM