**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | **BANKRUPTCY NO. 15-20648-CMB** |
| DOLORES MAY a/k/a | : | |
| GLADYS DOLORES MAY, | : | **CHAPTER NO. 13** |
| a/k/a DOLORES G. MAY, a/k/a, | : | |
| DELORES MAY, | : | |
| Debtor(s). | : | Document No. _____ |
| | : | |
| | : | Related to Document No. 70 & 71 |
| DOLORES MAY a/k/a | : | |
| GLADYS DOLORES MAY, | : | |
| a/k/a DOLORES G. MAY, a/k/a | : | **Hearing Date and Time:** |
| DELORES MAY, | : | **03/22/17 @ 11:00 am** |
| | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| NATIONSTAR MORTGAGE, | : | |
| LLC | : | |
| | : | |
| Respondent(s) | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION TO**
**APPROVE MORTGAGE MODIFICATION**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **March 13, 2017** (i.e., seventeen (17) days after the date of service below *plus additional 2 days for Saturday & Sunday*), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **March 22, 2017, at 11:00 a.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:  February 22, 2017  BLUMLING & GUSKY, LLP

*/s/ Jeffrey J. Sikirica*
Jeffrey J. Sikirica, Esquire

PA. I.D. No.  36745
436 Seventh Avenue
1200 Koppers Building
Pittsburgh, PA  15219
T: (412) 227-2500
F: (412) 227-2050
jsikirica@bglaw-llp.com

**COUNSEL FOR DEBTOR**