IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | BANKRUPTCY NO. 15-20648-CMB |
| **DOLORES MAY a/k/a** | : | |
| **GLADYS DOLORES MAY,** | : | CHAPTER NO. 13 |
| a/k/a DOLORES G. MAY, a/k/a, | : | |
| DELORES MAY, | : | |
| Debtor (s). | : | Document No. _____ |
| | : | |
| | : | Related to Document Nos. **70,71 & 72** |
| **DOLORES MAY a/k/a** | : | |
| **GLADYS DOLORES MAY,** | : | |
| a/k/a DOLORES G. MAY, a/k/a | : | Hearing Date and Time: |
| DELORES MAY, | : | 03/22/17 @ 11:00 am |
| | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| **NATIONSTAR MORTGAGE,** | : | |
| **LLC** | : | |
| | : | |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE OF
**Amended Motion to Approve Loan Modification, Notice of Hearing and Response Deadline**

   I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 22, 2017.

   The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was as set forth below.

   If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

   Service by NEF:

   Office of the US Trustee
   Ronda Winnecour, Chpt. 13 Trustee

   Service by First Class Mail

   Nationstar Mortgage LLC
   Attn: Michael Guillory
   Dedicated Loan Specialist
   8950 Cypress Waters Blvd.
   Coppell, TX 75019


EXECUTED ON: February 22, 2017

                              By:          /s/ Jeffrey J. Sikirica

Jeffrey R. Sikirica, Esq.
Attorney for Debtor

BLUMLING & GUSKY, LLP
1200 Koppers Building
436 Seventh Avenue
Pittsburgh, PA  15219
(412) 227-2500, Ext. 581
jsikirica@bglaw-llp.com

**PAWB Local Form 7 (07/13)**

Case 15-20648-CMB    Doc 73    Filed 02/22/17    Entered 02/22/17 11:22:13    Desc Main
Document      Page 2 of 2
Jeffrey R. Sikirica, Esq.
Attorney for Debtor