# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | DOLORES MAY |
| **Case Number:** | 15-20648-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 23, 2017 01:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
2/27/17 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#47 - Continued Trustee's Certificate of Default to Dismiss

#58 - Continued Confirmation of Plan Dated 5/26/2016 (FC)
R / M #:  47 / 0

### *Appearances:*   SIKIRIKA

Debtor:
Trustee:  Winnecour / Bedford / (Pail) Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 6/8/17 at 1:00 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/15/2017    3:25:39PM