IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | BANKRUPTCY NO. 15-20648-CMB |
| **DOLORES MAY a/k/a** | : | |
| **GLADYS DOLORES MAY,** | : | CHAPTER NO. 13 |
| a/k/a DOLORES G. MAY, a/k/a, | : | |
| **DELORES MAY,** | : | |
| Debtor (s). | : | Document No. _____ |
| | : | |
| | : | Related to Document Nos. 71, 72 &73 |
| **DOLORES MAY a/k/a** | : | |
| **GLADYS DOLORES MAY,** | : | |
| a/k/a DOLORES G. MAY, a/k/a | : | Hearing Date and Time: |
| **DELORES MAY,** | : | 03/22/17 @ 11:00 am |
| | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| **NATIONSTAR MORTGAGE,** | : | |
| **LLC** | : | |
| | : | |
| Respondent(s) : | | |

**CERTIFICATION OF NO OBJECTION REGARDING
AMENDED MOTION TO APPROVE MORTGAGE MODIFICATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Amended Motion to Approve Mortgage Modification** filed on **February 22, 2017** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Amended Motion to Approve Mortgage Modification** appears thereon. Pursuant to the Notice of Hearing, objections to the **Amended Motion to Approve Mortgage Modification** were to be filed and served no later than **March 13, 2017**.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

Dated: 03/14/2017                    By:    /s/ Jeffrey J. Sikirica
                                            Jeffrey J. Sikirica, Esq.
                                            Attorney for Debtor

                                            BLUMLING & GUSKY, LLP
                                            1200 Koppers Building
                                            436 Seventh Avenue
                                            Pittsburgh, PA  15219
                                            (412) 227-2500, Ext. 581
                                            jsikirica@bglaw-llp.com

**PAWB Local Form 25 (07/13)**