UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | BANKRUPTCY NO. 15-20648-CMB |
| DOLORES MAY a/k/a | : | |
| GLADYS DOLORES MAY, | : | CHAPTER NO. 13 |
| a/k/a DOLORES G. MAY, a/k/a, | : | |
| DELORES MAY, | : | |
| Debtor(s). | : | Document No. _____ |
| | : | |
| | : | Related to Document No. __71__ |
| DOLORES MAY a/k/a | : | |
| GLADYS DOLORES MAY, | : | |
| a/k/a DOLORES G. MAY, a/k/a | : | Hearing Date and Time: |
| DELORES MAY, | : | 03/22/17 @ 11:00 am |
| | : | |
| Movant(s), | : | |
| v. | : | **ENTERED BY DEFAULT** |
| | : | |
| NATIONSTAR MORTGAGE, | : | |
| LLC | : | |
| | : | |
| Respondent(s) | : | |

## ORDER OF COURT

**AND NOW**, this __15th__ day of __March__ 2017, upon consideration of the "Motion to Approve Mortgage Modification",

**IT IS** hereby **ORDERED** and **DECREED** that the Loan Modification Agreement is approved as set forth in the attached Motion and Local Form 48 as submitted in this case.

Carlota M. Böhm
United States Bankruptcy Judge

kmt

FILED
3/15/17 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
```

In re:                                                                    Case No. 15-20648-CMB
Dolores May                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1              Date Rcvd: Mar 15, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2017.
db             +Dolores May,    341 McKee Road,    North Versailles, PA 15137-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    on behalf of Plaintiff Dolores May jsikirica@bglaw-llp.com,
               SikiricaLaw@consolidated.net;A.A.Farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.
               com
              Jeffrey J. Sikirica    on behalf of Debtor Dolores  May jsikirica@bglaw-llp.com,
               SikiricaLaw@consolidated.net;A.A.Farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.
               com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                 TOTAL: 9