## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 15-20648-CMB |
| DOLORES MAY ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | Docket No.: _____ |
| ) | |
| JEFFREY J. SIKIRICA, TRUSTEE ) | Related to Docket Nos. 81 & 82 |
| ) | |
| Movant, ) | Conciliation Date: June 8, 2017 |
| vs. ) | Conciliation Time: 1:00 p.m. |
| ) | Objection Date: May 25, 2017 |
| NATIONSTAR MORTGAGE, LLC and ) | |
| RONDA J. WINNECOUR, Trustee ) | |
| ) | |
| Respondents ) | |

### CERTIFICATE OF SERVICE

I, Jeffrey J. Sikirica, Esquire, certify under penalty of perjury that I served the Order Setting Response Deadline, Notice of Proposed Modifications to Confirmed Chapter 13 Plan Dated April 3, 2015 and Chapter 13 Plan Dated March 30, 2017 on the parties at the addresses and manner of service specified below or on the attached list this 18th day of April, 2017:

**Service by NEF and/or Electronic Mail**

Ronda J. Winnecour
Chapter 13 Trustee
rwinnecour@chapter13trusteewdpa.com

Peter J. Ashcroft, Esq.
Attorney for Duquesne Light Co.
pashcroft@bernsteinlaw.com

Kevin Scott Frankel, Esq.
Attorney for Nationstar Mortgage LLC
pabk@logs.com

Andrew F. Gornall, Esq.
Attorney for Nationstar Mortgage LLC
agornall@goldbecklaw.com

S. James Wallace, Esq.
Attorney for Peoples Natural Gas Company, LLC
sjw@sjwpgh.com

James Warmbrodt, Esq.
Attorney for Nationstar Mortgage, LLC
blgroup@kmllawgroup.com


**Service by First Class Mail**

See attached mailing matrix


                                                 BLUMLING & GUSKY, LLP


Dated: April 18, 2017                        By: */s/ Jeffrey J. Sikirica*___
                                                 Jeffrey J. Sikirica (Pa I.D. No. 36745)
                                                 436 7th Avenue
                                                 1200 Koppers Building
                                                 Pittsburgh, PA  15219
                                                 (412) 227-2581 (Phone)
                                                 (412) 227-2050 (Fax)
                                                 jsikirica@bglaw-llp.com

```
Label Matrix for local noticing          (p)AMERIFIRST HOME IMPROVEMENT FINANCE     Amerifirst Home Improvement Finance Co.
0315-2                                   11171 MILL VALLEY ROAD                     c/o Alison B. Weinroth-Shaw, Esquire
Case 15-20648-CMB                        OMAHA NE 68154-3933                        Land Title Building, Suite 2226
WESTERN DISTRICT OF PENNSYLVANIA                                                    Broad and Chestnut Streets
Pittsburgh                                                                          Philadelphia, PA 19110
Tue Apr 18 16:10:37 EDT 2017

Peter J. Ashcroft                        Ashro                                      Ashro Lifestyle
Bernstein-Burkley, P.C.    NEF           3650 Milwaukee Street                      c/o Creditors Bankruptcy Service
Suite 2200, Gulf Tower                   Madison, WI 53714-2399                     P.O. Box 800849
Pittsburgh, PA 15219-1900                                                           Dallas, TX 75380-0849

Brylane Home/Comenity Bank               Department of the Treasury                 Duquesne Light Company    NEF
Bankruptcy Department                    Internal Revenue Service                   c/o Peter J. Ashcroft,
P.O. Box 182125                          Andover, MA 01810-9041                     Bernstein-Burkley, P.C.,
Columbus, OH 43218-2125                                                             707 Grant St., Suite 2200, Gulf Tower,
                                                                                    Pittsburgh, PA 15219-1945

Equitable Gas Bankruptcy Department      Fire Department of N. Versailles           Kevin Scott Frankel
Attn: Judy Gawlowski                     c/o Collection Service Center              Shapiro & DeNardo, LLC    NEF
225 North Shore Drive 2nd Floor          839 5th Avenue                             3600 Horizon Drive
Pittsburgh, PA 15212-5860                New Kensington, PA 15068-6303              Suite 150
                                                                                    King of Prussia, PA 19406-4702

Ginny's                                  Andrew F Gornall          NEF              (p)INTERNAL REVENUE SERVICE
c/o Creditors Bankruptcy Service         KML Law Group, P.C.                        CENTRALIZED INSOLVENCY OPERATIONS
P.O. Box 800849                          701 Market Street                          PO BOX 7346
Dallas, TX 75380-0849                    Suite 5000                                 PHILADELPHIA PA 19101-7346
                                         Philadelphia, PA 19106-1541

Internal Revenue Service                 Dolores May                                Midnight Velvet
P.O. Box 7346                            341 McKee Road                             1112 7th Avenue
Philadelphia, PA 19101-7346              North Versailles, PA 15137-2405            Monroe, WI 53566-1364

Midnight Velvet                          Montgomery Ward                            Montgomery Ward
c/o Creditors Bankruptcy Service         3650 Milwaukee Street                      c/o Creditors Bankruptcy Service
P.O. Box 800849                          Madison, WI 53714-2399                     P.O. Box 800849
Dallas, TX 75380-0849                                                               Dallas, TX 75380-0849

Nations Recovery Center, Inc./Jefferson  (p)NATIONSTAR MORTGAGE LLC                 Nationstar Mortgage LLC
6491 Peachtree Industrial Blvd.          PO BOX 619096                              c/o Jennifer L. Frechie    NEF
Atlanta, GA 30360-2100                   DALLAS TX 75261-9096                       KML Law Group, P.C.
                                                                                    701 Market Street, Suite 5000
                                                                                    Philadelphia, PA 19106-1541

Office of the United States Trustee      Pennsylvania Dept. of Revenue              Pennsylvania Housing Finance Agency-HEMA
Liberty Center.                          Department 280946                          211 North Front Street
1001 Liberty Avenue, Suite 970           P.O. Box 280946                            P.O. Box 15206
Pittsburgh, PA 15222-3721                ATTN: BANKRUPTCY DIVISION                  Harrisburg, PA 17105-5206
                                         Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC          Peoples Natural Gas Company LLC Equitable Di  Quantum3 Group LLC as agent for
c/o S. James Wallace, P.C.    NEF        225 North Shore Drive                      Comenity Bank
845 N. Lincoln Ave.                      Pittsburgh, PA 15212-5860                  PO Box 788
Pittsburgh, PA 15233-1828                Attn: Dawn Lindner                         Kirkland, WA 98083-0788
```

| | | |
|---|---|---|
| Seventh Avenue<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Jeffrey J. Sikirica<br>Blumling & Gusky, LLP<br>1200 Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219-1848 |
| Synchrony Bank/JC Penney<br>PO Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 | Transworld Systems Inc.<br>5 Penn Center West, Suite 100<br>Pittsburgh, PA 15276-0126 |
| UPMC McKeesport<br>P.O. Box 382059<br>Pittsburgh, PA 15250-8059 | UPMC Physician Services<br>P.O. Box 371980<br>Pittsburgh, PA 15250-7980 | Verizon<br>500 Technology Drive, Suite 300<br>Weldon Spring, MO 63304-2225 |
| WEBBANK/Fingerhut<br>6250 Ridgewood Drive<br>Saint Cloud, MN 56303-0820 | S. James Wallace       NEF<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | James Warmbrodt       NEF<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Ronda J. Winnecour   NEF<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriFirst Home Improvement Finance<br>4405 South 96th Street<br>Omaha, NE 68127 | (d)Amerifirst Home Improvement Finance Co.<br>4405 South 96th Street<br>Omaha, NE 68127 | Internal Revenue Service<br>P.O. Box 37004<br>Hartford, CT 06176-0004 |
| Nationstar Mortgage LLC<br>350 Highland Drive<br>Lewisville, TX 75067 | (d)Nationstar Mortgage LLC<br>P.O. Box 619096<br>Dallas, TX 75261-9741 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Duquesne Light Company | (u)Nationstar Mortgage LLC | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     2<br>Total                  44 |