**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/19/2019

IN RE:

| | |
|---|---|
| DOLORES MAY<br>341 MCKEE ROAD<br>NORTH VERSAILLES, PA 15137<br>XXX-XX-8414          Debtor(s) | Case No. 15-20648 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/19/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 1    INT %: 0.00% <br> Court Claim Number: 11 <br><br> CLAIM: 100.70 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8414 |
| **US BANK TRUST NA - TRUSTEE** <br> C/O FAY SERVICING LLC(*) <br> PO BOX 814609 <br> DALLAS, TX 75381-4609 | Trustee Claim Number: 2    INT %: 0.00% <br> Court Claim Number: 1 <br><br> CLAIM: 7,096.56 <br> COMMENT: PMT/CL-PL*2ND*538.66x(60+2)=LMT*BGN 3/15*LOAN MOD~SEE 25*FR NATIONSTAR | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 7263 |
| **AMERIFIRST HOME IMPROVEMENT FINANCE*** <br> 11171 MILL VALLEY RD <br> OMAHA, NE 68154 | Trustee Claim Number: 3    INT %: 0.00% <br> Court Claim Number: 3 <br><br> CLAIM: 15,636.97 <br> COMMENT: MTG AVD/DOE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3391 |
| **PHFA(*)** <br> ATTN: LOAN SERVICING <br> PO BOX 15057 <br> HARRISBURG, PA 17105-5057 | Trustee Claim Number: 4    INT %: 0.00% <br> Court Claim Number: NC <br><br> CLAIM: 0.00 <br> COMMENT: PMT/PL*25 X 60+2=LMT*1ST | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 5939 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 5    INT %: 0.00% <br> Court Claim Number: 2-2 <br><br> CLAIM: 0.00 <br> COMMENT: NT PROV/PL*$0/AMD | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 8414 |
| **ASHRO LIFESTYLE** <br> C/O CREDITORS BANKRUPTCY SERVICE* <br> PO BOX 800849 <br> DALLAS, TX 75380 | Trustee Claim Number: 6    INT %: 0.00% <br> Court Claim Number: 4 <br><br> CLAIM: 214.93 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2220 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 7    INT %: 0.00% <br> Court Claim Number: 9 <br><br> CLAIM: 277.39 <br> COMMENT: BRYLANE HOME | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0492 |
| **COLLECTION SERVICE CENTER INC** <br> 832 5TH AVE - CORPORATE OFFICE <br> POB 560 <br> NEW KENSINGTON, PA 15068 | Trustee Claim Number: 8    INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: FIRE DEPARTMENT OF N VERSAILLES | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **MIDNIGHT VELVET** <br> C/O CREDITORS BANKRUPTCY SERVICE* <br> PO BOX 800849 <br> DALLAS, TX 75380 | Trustee Claim Number: 9    INT %: 0.00% <br> Court Claim Number: 6 <br><br> CLAIM: 906.49 <br> COMMENT: 6550/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2550 |
| **MONTGOMERY WARDS**** <br> C/O CREDITORS BANKRUPTCY SVC* <br> PO BOX 800849 <br> DALLAS, TX 75380 | Trustee Claim Number: 10    INT %: 0.00% <br> Court Claim Number: 5 <br><br> CLAIM: 59.86 <br> COMMENT: 6290/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2290 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **NATIONS RECOVERY CTR**<br>POB 48719<br>ATLANTA, GA 30362 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH*JEFFERSON CAP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1281 |
| **SEVENTH AVENUE**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 7 | CLAIM: 1,043.75<br>COMMENT: 6570/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2570 |
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ? |
| **GEMB/WALMART DC++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ? |
| **UPMC REHABILITATION**<br>ATTN PAYROLL MANAGER<br>POB 382059<br>PITTSBURGH, PA 15250 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: UPMC MCKEESPORT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4139 |
| **UPMC PHYSICIAN SERVICES++**<br>C/O UPMC TREASURY DEPT<br>US STEEL TOWER - MS UST 01-41-02<br>600 GRANT ST 41ST FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **VERIZON**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ? |
| **S JAMES WALLACE ESQ**<br>845 NORTH LINCOLN AVE<br>PITTSBURGH, PA 15233 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: EQUITABLE GAS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK TRUST NA - TRUSTEE**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 0.00<br>COMMENT: $CL-PL*2ND*THRU 2/15*LOAN MOD~SEE 25*CL=15409.76*FR NATIONSTAR MORTG | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7263 |

| Creditor | Trustee/Court Claim | Creditor Description |
|---|---|---|
| **PHFA(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA  17105-5057 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:NC<br>CLAIM:  400.00<br>COMMENT:  $PL*1ST | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  5939 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:2-2<br>CLAIM:  6,212.37<br>COMMENT:  NO GEN UNS/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8414 |
| **GINNYS**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  69.40<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2630 |
| **PEOPLES NATURAL GAS CO LLC - EQUITABLE**<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  294.15<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  345179 |
| **US BANK TRUST NA - TRUSTEE**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX  75381-4609 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:1-2<br>CLAIM:  0.00<br>COMMENT:  PMT/LOAN MOD DOE*BGN 8/16*439.30 X (43REM +2)=LMT*FR NATIONSTAR MORT( | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  7263 |
| **PEOPLES NATURAL GAS CO LLC - EQUITABLE**<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PMT/CONF*111.52 X (33REM+2)=LMT*BGN 6/17 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  MAY |