**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **DOLORES MAY** | ) | **Case No. 15-20648-CMB** |
| **aka GLADYS DOLORES MAY** | ) | |
| **aka DOLORES G. MAY** | ) | **Chapter 13** |
| **aka DELORES MAY** | ) | |
| | ) | **Documents No.** |
| **Debtor(s).** | ) | |
| | ) | |
| **DOLORES MAY** | ) | |
| | ) | |
| **Movant(s),** | ) | |
| **v.** | ) | |
| **No Respondents.** | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION TO EXCUSE DEBTOR FROM THE COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **March 25, 2020** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **April 14, 2020, at 02:30 p.m.** before Chief Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: 03/08/20                                                    /s/ Jeffrey J. Sikirica
                                                                        Jeffrey J. Sikirica, Chapter 7 Trustee

PA I.D. 36745
121 Northbrook Drive
Gibsonia PA 15044
Phone: 724-625-2566
Fax:    724-625-4611
Email: TrusteeSikirica@zoominternet.net