**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **DOLORES MAY** | ) | Case No.  15-20648-CMB |
| aka GLADYS DOLORES MAY | ) | |
| aka DOLORES G. MAY | ) | Chapter 13 |
| aka DELORES MAY | ) | |
| | ) | Documents No. |
| Debtor(s). | ) | |
| | ) | |
| | ) | |
| **DOLORES MAY** | ) | |
| | ) | |
| Movant(s), | ) | |
| | ) | |
| v. | ) | |
| **No Respondents.** | ) | |

### CERTIFICATE OF SERVICE OF MOTION TO EXCUSE DEBTOR FROM THE COURSE CONCERNING PERSONAL FINANCIAL, PROPOSED ORDER, HEARING NOTICE AND RESPONSE DEADLINE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 8, 2020.

The type(s) of service made on the parties by first-class mail or electronic notification as set forth below.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**By NEF:**

Ronda J. Winnecour
Chapter 13 Trsutee                    rwinnecour@chapter13trusteewdpa.com

Office of the U.S. Trustee            ustpregion03.pi.ecf@usdoj.gov

**By First Class U.S. Mail:**

Ms. Dolores May
341 McKee Road
North Versailles, PA  15137-2405

Date: 03/08/19                                     /s/ Jeffrey J. Sikirica
                                                   Jeffrey J. Sikirica, Chapter 7 Trustee
                                                   PA I.D. 36745

                                                   121 Northbrook Drive
                                                   Gibsonia PA 15044
                                                   Phone: 724-625-2566
                                                   Fax:    724-625-4611
                                                   Email: TrusteeSikirica@zoominternet.net