IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| DOLORES MAY | ) | Case No. 15-20648-CMB |
| aka GLADYS DOLORES MAY | ) | |
| aka DOLORES G. MAY | ) | Chapter 13 |
| aka DELORES MAY | ) | |
| | ) | Related to: Document No. 92 |
| Debtor(s). | ) | |
| | ) | **ENTERED BY DEFAULT** |
| | ) | |
| DOLORES MAY | ) | |
| | ) | |
| Movant(s), | ) | |
| | ) | |
| v. | ) | |
| No Respondents. | ) | |

## ORDER OF COURT

AND NOW, this day of __26th day of March,__ 2020, upon consideration of the "Debtor's Motion to Excuse Debtor from the Course Concerning Personal Financial Management" due to the Debtor's current health issues, it is hereby ORDERED and DECREED that the Motion is Granted and the Debtor is excused from the requirement to complete the course concerning personal financial management.

BY THE COURT:

Carlota M. Böhm     glb
Chief United States Bankruptcy Judge

FILED
3/26/20 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-20648-CMB
Dolores May                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dpas              Page 1 of 1              Date Rcvd: Mar 26, 2020
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
db              +Dolores May,    341 McKee Road,    North Versailles, PA 15137-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    on behalf of Plaintiff Dolores  May SikiricaLaw@zoominternet.net,
               TrusteeSikirica@zoominternet.net
              Jeffrey J. Sikirica    on behalf of Debtor Dolores  May SikiricaLaw@zoominternet.net,
               TrusteeSikirica@zoominternet.net
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10