IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: DOLORES MAY | : | Bankruptcy No. 15-20648-CMB |
| aka GLADYS DOLORES MAY | : | |
| aka DOLORES G. MAY | : | |
| aka DOLORES MAY | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| DOLORES MAY, Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On March 26, 2020, the Court entered an Order at docket number 95 excusing the Debtor, due to her impaired mental faculties, from the requirement to comply with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Counsel duly questioned the representative of the Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: 04/01/2020                By:    /s/ Jeffrey J. Sikirica
                                        Signature
                                        Jeffrey J. Sikirica
                                        Name of Filer - Typed
                                        121 Northbrook Drive, Gibsonia, PA  15044
                                        Address of Filer
                                        SikiricaLaw@zoominternet.net
                                        Email Address of Filer
                                        (724) 625-2566
                                        Phone Number of Filer
                                        36745
                                        Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**