**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **DOLORES MAY** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **15-20648CMB** |

# Form 4100N
# Notice of Final Cure Payment                                              10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** PHFA(*)

**Court claim no.** (if known): NC

**Last 4 digits** of any number you use to identify the debtor's account: 5 9 3 9

**Property Address:** 341 MCKEE RD
NORTH VERSAILLES PA 15137

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                   **Amount**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 400.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 400.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 400.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                                  $ $25.00

The next postpetition payment is due on    5 / 1 / 2020
                                                                                  MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Form 4100N                        **Notice of Final Cure Payment**                        page 1

| | | | |
|---|---|---|---|
| Debtor 1 | **DOLORES MAY** | Case number *(if known)* | **15-20648CMB** |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour                                Date  04/30/2020
Signature

Trustee       Ronda J. Winnecour

Address      CHAPTER 13 TRUSTEE WD PA
             600 GRANT STREET
             SUITE 3250 US STEEL TWR
             PITTSBURGH, PA  15219

Contact phone  (412) 471-5566           Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **DOLORES MAY** | Case number *(if known)* | **15-20648CMB** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 04/21/2017 | 1038449 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 400.00 |
| | | | | 400.00 |
| | | | | |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 09/28/2015 | 0961447 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 113.39 |
| 10/26/2015 | 0965427 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 28.14 |
| 11/24/2015 | 0969584 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 28.25 |
| 12/22/2015 | 0973557 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 30.03 |
| 01/26/2016 | 0977624 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 33.50 |
| 04/22/2016 | 0989751 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 69.79 |
| 06/27/2016 | 1002488 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 26.26 |
| 07/26/2016 | 1006440 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 47.63 |
| 08/26/2016 | 1010436 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 22.99 |
| 09/27/2016 | 1014433 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 21.48 |
| 10/26/2016 | 1018230 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 22.00 |
| 11/21/2016 | 1021525 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 21.84 |
| 01/27/2017 | 1028336 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 43.99 |
| 02/24/2017 | 1031734 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 21.58 |
| 04/21/2017 | 1038449 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 144.13 |
| 05/25/2017 | 1041732 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 06/27/2017 | 1045112 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 07/25/2017 | 1048411 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 08/25/2017 | 1051769 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 09/26/2017 | 1055090 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 10/25/2017 | 1058451 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 11/21/2017 | 1061697 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 12/21/2017 | 1065006 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 01/25/2018 | 1068429 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 02/23/2018 | 1071614 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 03/28/2018 | 1074799 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 04/24/2018 | 1078044 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 05/25/2018 | 1081317 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 06/22/2018 | 1084439 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 07/26/2018 | 1087682 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 08/28/2018 | 1090899 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 09/25/2018 | 1094029 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 10/29/2018 | 1097278 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 11/27/2018 | 1100402 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 12/21/2018 | 1103500 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 01/25/2019 | 1106735 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 02/25/2019 | 1109980 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 03/25/2019 | 1113263 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 04/26/2019 | 1116574 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 05/24/2019 | 1119966 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 06/25/2019 | 1123381 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 07/29/2019 | 1126811 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 08/27/2019 | 1130290 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 09/24/2019 | 1133559 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 10/24/2019 | 1136928 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 11/25/2019 | 1140384 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 12/23/2019 | 1143782 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 01/28/2020 | 1147236 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 02/25/2020 | 1150762 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| 03/23/2020 | 1154242 | PHFA(*) | AMOUNTS DISBURSED TO CREDITOR | 25.00 |
| | | | | 1,550.00 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DOLORES MAY
341 MCKEE ROAD
NORTH VERSAILLES, PA  15137

JEFFREY J SIKIRICA ESQ
121 NORTHBROOK DR
GIBSONIA, PA  15044

PHFA(*)
ATTN: LOAN SERVICING
PO BOX 15057
HARRISBURG, PA  17105-5057

JOHN F GORYL ESQ
PHFA
211 N FRONT ST
PO BOX 8029
HARRISBURG, PA  17105


4/30/20                                             /s/ Roberta Saunier
                                                    Administrative Assistant
                                                    Office of the Chapter 13 Trustee