Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dolores May
aka Gladys Dolores May, aka Dolores G. May, aka Delores May**
Debtor(s)

Bankruptcy Case No.: 15−20648−CMB

Chapter: 13
Docket No.: 102 − 101

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of May, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/5/20 at 10:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/13/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania

In re:                                                       Case No. 15-20648-CMB
Dolores May                                                  Chapter 13
       Debtor                    CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 2         Date Rcvd: May 27, 2020
                             Form ID: 408            Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
db            +Dolores May,   341 McKee Road,   North Versailles, PA 15137-2405
cr            +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14002469       Amerifirst Home Improvement Finance Co.,   c/o Alison B. Weinroth-Shaw, Esquire,
                Land Title Building, Suite 2226,   Broad and Chestnut Streets,   Philadelphia, PA 19110
14002478      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,   350 Highland Drive,
                Lewisville, TX 75067)
14002477      #+Nations Recovery Center, Inc./Jefferson,   6491 Peachtree Industrial Blvd.,
                Atlanta, GA 30360-2100
14002479      +Nationstar Mortgage LLC,   c/o Jennifer L. Frechie,   KML Law Group, P.C.,
                701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14068060      +Peoples Natural Gas Company LLC Equitable Division,   225 North Shore Drive,
                Pittsburgh, PA 15212-5860,   Attn: Dawn Lindner
14002482      +Transworld Systems Inc.,   5 Penn Center West, Suite 100,   Pittsburgh, PA 15276-0126
15147581       U.S. Bank Trust National Association, not in its i,   PO Box 814609,   Dallas, TX 75381-4609
14002483       UPMC McKeesport,   P.O. Box 382059,   Pittsburgh, PA 15250-8059
14002484       UPMC Physician Services,   P.O. Box 371980,   Pittsburgh, PA 15250-7980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14002468       E-mail/Text: bnc@trustamerifirst.com May 28 2020 04:32:44
                Amerifirst Home Improvement Finance Co.,   4405 South 96th Street,   Omaha, NE 68127
14002470      +E-mail/Text: bankruptcy@sccompanies.com May 28 2020 04:34:10      Ashro,   3650 Milwaukee Street,
                Madison, WI 53714-2304
14045018      +E-mail/Text: bankruptcy@sccompanies.com May 28 2020 04:34:10      Ashro Lifestyle,
                c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
14002471       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2020 04:32:33      Brylane Home/Comenity Bank,
                Bankruptcy Department,   P.O. Box 182125,   Columbus, OH 43218-2125
14002472       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 28 2020 04:32:24      Department of the Treasury,
                Internal Revenue Service,   Andover, MA 01810-9041
14068861      +E-mail/Text: kburkley@bernsteinlaw.com May 28 2020 04:33:51      Duquesne Light Company,
                c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14022909      +E-mail/Text: bankruptcy@firstenergycorp.com May 28 2020 04:33:19
                Fire Department of N. Versailles,   c/o Collection Service Center,   839 5th Avenue,
                New Kensington, PA 15068-6303
14045023      +E-mail/Text: bankruptcy@sccompanies.com May 28 2020 04:34:10      Ginny's,
                c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
14002475       E-mail/Text: bankruptcy@sccompanies.com May 28 2020 04:34:10      Midnight Velvet,
                1112 7th Avenue,   Monroe, WI 53566-1364
14045021      +E-mail/Text: bankruptcy@sccompanies.com May 28 2020 04:34:10      Midnight Velvet,
                c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
14045019      +E-mail/Text: bankruptcy@sccompanies.com May 28 2020 04:34:10      Montgomery Ward,
                c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
14002476      +E-mail/Text: bankruptcy@sccompanies.com May 28 2020 04:34:10      Montgomery Ward,
                3650 Milwaukee Street,   Madison, WI 53714-2304
14002480       E-mail/Text: blegal@phfa.org May 28 2020 04:33:17      Pennsylvania Housing Finance Agency-HEMA,
                211 North Front Street,   P.O. Box 15206,   Harrisburg, PA 17105-5206
14057318       E-mail/Text: bnc-quantum@quantum3group.com May 28 2020 04:32:45
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
14002481       E-mail/Text: bankruptcy@sccompanies.com May 28 2020 04:34:10      Seventh Avenue,
                1112 7th Avenue,   Monroe, WI 53566-1364
14045022      +E-mail/Text: bankruptcy@sccompanies.com May 28 2020 04:34:10      Seventh Avenue,
                c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
14022910      +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:35:50      Synchrony Bank/JC Penney,
                PO Box 965007,   Orlando, FL 32896-5007
14022911      +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:35:02      Synchrony Bank/Walmart,
                PO Box 965024,   Orlando, FL 32896-5024
14022912      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 28 2020 04:31:05
                Verizon,   500 Technology Drive, Suite 300,   Weldon Spring, MO 63304-2225
14022913      +E-mail/Text: bnc-bluestem@quantum3group.com May 28 2020 04:33:45      WEBBANK/Fingerhut,
                6250 Ridgewood Drive,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Nationstar Mortgage LLC
cr             U.S. Bank Trust National Association Et al.
```

```
District/off: 0315-2           User: gamr                    Page 2 of 2                   Date Rcvd: May 27, 2020
                               Form ID: 408                  Total Noticed: 32

cr*             ++AMERIFIRST HOME IMPROVEMENT FINANCE,   11171 MILL VALLEY ROAD,   OMAHA NE 68154-3933
                  (address filed with court:   AmeriFirst Home Improvement Finance,    4405 South 96th Street,
                    Omaha, NE  68127)
cr*              U.S. Bank Trust National Association, not in its i,    PO Box 814609,   Dallas, TX  75381-4609
14002473*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,   P.O. Box 37004,
                    Hartford, CT 06176-0004)
14002474*        Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14016252*       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                  (address filed with court:   Nationstar Mortgage LLC,   P.O. Box 619096,   Dallas, TX 75261-9741)
                                                                                            TOTALS: 3, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    on behalf of Debtor Dolores   May SikiricaLaw@zoominternet.net,
               TrusteeSikirica@zoominternet.net
              Jeffrey J. Sikirica    on behalf of Plaintiff Dolores   May SikiricaLaw@zoominternet.net,
               TrusteeSikirica@zoominternet.net
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas  Song    on behalf of Creditor   U.S. Bank Trust National Association Et al. pawb@fedphe.com
                                                                                            TOTAL: 11
```