# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   DOLORES MAY

   Debtor(s)

Ronda J. Winnecour
   Movant
vs.
No Repondents.

Case No.:15-20648

Chapter 13

Related to: Document No. 101

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this __20th__ day of __July__, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
7/20/20 7:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm     glb
Chief United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                        Case No. 15-20648-CMB
Dolores May                                                   Chapter 13
        Debtor               CERTIFICATE OF NOTICE
District/off: 0315-2          User: dpas                   Page 1 of 2                  Date Rcvd: Jul 20, 2020
                              Form ID: pdf900              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2020.
db             +Dolores May,    341 McKee Road,    North Versailles, PA 15137-2405
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14002469        Amerifirst Home Improvement Finance Co.,    c/o Alison B. Weinroth-Shaw, Esquire,
                 Land Title Building, Suite 2226,    Broad and Chestnut Streets,    Philadelphia, PA 19110
14002478       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
14002479       +Nationstar Mortgage LLC,    c/o Jennifer L. Frechie,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14068060       +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14002482       +Transworld Systems Inc.,    5 Penn Center West, Suite 100,    Pittsburgh, PA 15276-0126
15147581        U.S. Bank Trust National Association, not in its i,    PO Box 814609,    Dallas, TX  75381-4609
14002483        UPMC McKeesport,    P.O. Box 382059,    Pittsburgh, PA 15250-8059
14002484        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14002468        E-mail/Text: bnc@trustamerifirst.com Jul 21 2020 05:11:55
                 Amerifirst Home Improvement Finance Co.,    4405 South 96th Street,    Omaha, NE 68127
14002470       +E-mail/Text: bankruptcy@sccompanies.com Jul 21 2020 05:13:11     Ashro,    3650 Milwaukee Street,
                 Madison, WI 53714-2304
14045018       +E-mail/Text: bankruptcy@sccompanies.com Jul 21 2020 05:13:11     Ashro Lifestyle,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14002471        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 21 2020 05:11:46     Brylane Home/Comenity Bank,
                 Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
14002472        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 21 2020 05:11:41     Department of the Treasury,
                 Internal Revenue Service,    Andover, MA 01810-9041
14068861       +E-mail/Text: kburkley@bernsteinlaw.com Jul 21 2020 05:12:56     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14022909       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 21 2020 05:12:27
                 Fire Department of N. Versailles,    c/o Collection Service Center,    839 5th Avenue,
                 New Kensington, PA 15068-6303
14045023       +E-mail/Text: bankruptcy@sccompanies.com Jul 21 2020 05:13:11     Ginny's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14002475        E-mail/Text: bankruptcy@sccompanies.com Jul 21 2020 05:13:11     Midnight Velvet,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14045021       +E-mail/Text: bankruptcy@sccompanies.com Jul 21 2020 05:13:11     Midnight Velvet,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14045019       +E-mail/Text: bankruptcy@sccompanies.com Jul 21 2020 05:13:11     Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14002476       +E-mail/Text: bankruptcy@sccompanies.com Jul 21 2020 05:13:11     Montgomery Ward,
                 3650 Milwaukee Street,    Madison, WI 53714-2304
14002480        E-mail/Text: blegal@phfa.org Jul 21 2020 05:12:25     Pennsylvania Housing Finance Agency-HEMA,
                 211 North Front Street,    P.O. Box 15206,    Harrisburg, PA 17105-5206
14057318        E-mail/Text: bnc-quantum@quantum3group.com Jul 21 2020 05:11:56
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14002481        E-mail/Text: bankruptcy@sccompanies.com Jul 21 2020 05:13:11     Seventh Avenue,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14045022       +E-mail/Text: bankruptcy@sccompanies.com Jul 21 2020 05:13:11     Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14022910       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:26     Synchrony Bank/JC Penney,
                 PO Box 965007,    Orlando, FL 32896-5007
14022911       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:14:57     Synchrony Bank/Walmart,
                 PO Box 965024,    Orlando, FL 32896-5024
14022912       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 21 2020 05:11:20
                 Verizon,    500 Technology Drive, Suite 300,    Weldon Spring, MO 63304-2225
14022913       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 21 2020 05:12:49     WEBBANK/Fingerhut,
                 6250 Ridgewood Drive,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC
cr              U.S. Bank Trust National Association Et al.
```

```
District/off: 0315-2          User: dpas                Page 2 of 2                  Date Rcvd: Jul 20, 2020
                              Form ID: pdf900           Total Noticed: 31

cr*            ++AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY ROAD,    OMAHA NE 68154-3933
                 (address filed with court:   AmeriFirst Home Improvement Finance,    4405 South 96th Street,
                 Omaha, NE  68127)
cr*             U.S. Bank Trust National Association, not in its i,    PO Box 814609,    Dallas, TX  75381-4609
14002473*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    P.O. Box 37004,
                 Hartford, CT 06176-0004)
14002474*       Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
14016252*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
14002477       ##+Nations Recovery Center, Inc./Jefferson,    6491 Peachtree Industrial Blvd.,
                 Atlanta, GA 30360-2100
                                                                                             TOTALS: 3, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    on behalf of Debtor Dolores  May SikiricaLaw@zoominternet.net,
               TrusteeSikirica@zoominternet.net
              Jeffrey J. Sikirica    on behalf of Plaintiff Dolores  May SikiricaLaw@zoominternet.net,
               TrusteeSikirica@zoominternet.net
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas  Song    on behalf of Creditor    U.S. Bank Trust National Association Et al. pawb@fedphe.com
                                                                                               TOTAL: 11
```