# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | BANKRUPTCY NO. 15-20648-CMB |
| DOLORES MAY a/k/a | : | |
| GLADYS DOLORES MAY, | : | CHAPTER NO. 13 |
| a/k/a DOLORES G. MAY, a/k/a, | : | |
| DELORES MAY, | : | |
| Debtor(s). | : | Document No. _____ |
| | : | |
| | : | Related to Document No. 111 |
| DOLORES MAY a/k/a | : | |
| GLADYS DOLORES MAY, | : | |
| a/k/a DOLORES G. MAY, a/k/a | : | Hearing Date and Time: |
| DELORES MAY, | : | October 28, 2020 |
| | : | 10:30 a.m. |
| Movant(s), | : | |
| v. | : | |
| | : | |
| U.S. BANK TRUST NATIONAL | : | |
| ASSOCIATION, not in its | : | |
| individual capacity, but solely | : | |
| as trustee of Citigroup Mortgage | : | |
| Loan Trust 2019-C, and, | : | |
| FAY SERVICING, LLC, | : | |
| | : | |
| Respondent(s) | : | |

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION TO COMPEL, AWARD ATTORNEY FEES AND SANCTIONS

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion/Objection by no later than **October 13, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.   If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.   Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

 **A telephonic** hearing will be held on **October 28, 2020, at 10:30 a.m.** before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear telephonically and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance

Date of Service:   September 23, 2020

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica, Trustee
PA I.D.# 36745
121 Northbrook Drive
Pine Township
Gibsonia, PA   15044
T:   (724) 625-2566
F:   (724) 625-4611
sikiricalaw@zoominternet.net