# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | **BANKRUPTCY NO. 15-20648-CMB** |
| **DOLORES MAY a/k/a** | : | |
| **GLADYS DOLORES MAY,** | : | **CHAPTER NO. 13** |
| **a/k/a DOLORES G. MAY, a/k/a,** | : | |
| **DELORES MAY,** | : | |
| Debtor(s). | : | **Document No. _____** |
| | : | |
| | : | **Related to Document No.** 111 & 112 |
| **DOLORES MAY a/k/a** | : | |
| **GLADYS DOLORES MAY,** | : | |
| **a/k/a DOLORES G. MAY, a/k/a** | : | **Telephonic Hearing Date and Time:** |
| **DELORES MAY,** | : | **October 28, 2020** |
| | : | **10:30 a.m.** |
| Movant(s), | : | |
| v. | : | |
| | : | |
| **U.S. BANK TRUST NATIONAL** | : | |
| **ASSOCIATION, not in its** | : | |
| **individual capacity, but solely** | : | |
| **as trustee of Citigroup Mortgage** | : | |
| **Loan Trust 2019-C, and,** | : | |
| **FAY SERVICING, LLC,** | : | |
| | : | |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE OF
## MOTION TO COMPEL, AWARD ATTORNEY FEES AND SANCTIONS

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 23, 2020.

The type(s) of service made on the parties was First Class Mail unless indicated as electronic service by NEF on the attached list.

By NEF:

Ronda Winnecour, Esquire
Chapter 13 Trustee                                  rwinnecour@chapter13trusteewdpa.com

Office of the U.S. Trustee                          Ustpregion03.pi.ecf@usdoj.gov

Thomas Song, Esquire                              Thomas.Song@phelanhallinan.com

By U.S. Mail:

U.S. Bank Trust National Association
c/o James D. Schlotter, Agent
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA   30076

Fay Servicing, LLC
PO Box 814609
Dallas, TX   75381-4609

Ms. Dolores May
c/o Ms. Sherri Hill
423 Hillview Street
Duquesne, PA 15110

                        Respectfully submitted,

Dated: 09/23/2020                                 **/s/ Jeffrey J. Sikirica**
                                              Jeffrey J. Sikirica, Esquire
                                              PA. I.D. No.   36745
                                              121 Northbrook Drive
                                              Gibsonia, PA   15044
                                              Tel. (724) 625-2566
                                              Fax 724-625-4611
                                              SikiricaLaw@zoominternet.net

                                              **COUNSEL FOR DEBTORS**