IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  )<br>Dolores May  )<br>  )<br>    Debtor(s)  )<br>_____)<br>Ronda J. Winnecour, Chapter 13  )<br>Trustee,  )<br>  )<br>    Movant,  )<br>  )<br>    Vs.  )<br>Dolores May  )<br>    Respondent(s)  ) | Case No.:  15-20648 CMB<br>Chapter 13<br><br>Related to:  Document No. 116 |

ORDER OF COURT

AND NOW, this __23rd__ day of __October__, 2020, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before December 31, 2020.

BY THE COURT:

_Carlota M. Böhm_  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
10/23/20 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                              Case No. 15-20648-CMB
Dolores May                                                                                                Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　User: gamr　　　　　　　　　　　Page 1 of 2
Date Rcvd: Oct 23, 2020　　　　　　　　　Form ID: pdf900　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dolores May, 341 McKee Road, North Versailles, PA 15137-2405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020　　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Jeffrey J. Sikirica | on behalf of Debtor Dolores May SikiricaLaw@zoominternet.net TrusteeSikirica@zoominternet.net |
| Jeffrey J. Sikirica | on behalf of Plaintiff Dolores May SikiricaLaw@zoominternet.net TrusteeSikirica@zoominternet.net |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com |

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: pdf900 | Total Noticed: 1 |

dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Lorraine Gazzara Doyle
   on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
   on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

S. James Wallace
   on behalf of Creditor Equitable Gas Bankruptcy Department sjw@sjwpgh.com Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Thomas Song
   on behalf of Creditor U.S. Bank Trust National Association Et al. pawb@fedphe.com

TOTAL: 13