**Date: 10/28/2020 10:30 am**

**In re:    Dolores May**

                                 **Bankruptcy No. 15-20648-CMB**
                                 **Chapter: 13**
                                 **Doc. # 111**

**Appearances:  BY PHONE:  Owen Katz;**
                          **Jeffrey J. Sikirica;   Lorraine Gazzara Doyle**

**Nature of Proceeding: #111 Motion To Compel, Award Attorney Fees and Sanctions**

**Additional Pleadings: #113 Certificate of Service of Docket Nos. 111 and 112**
                             **#115 Response by U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C**

**Judge's Notes:**
- Sikirica: Was in touch with prior counsel and then filed motion to compel when did not receive response. Now a different firm is representing creditor.
- Doyle: Not rejecting payments; always have been accepting payments. Not willing to waive late fees. Still waiting for payments.
OUTCOME:
- Attorneys Sikirica and Doyle to have a one hour telephonic or Zoom meeting to attempt to resolve this and determine what remains in dispute, if anything. One hour meeting to be held in next 15 days.
- Status report to be filed by 11/27 after the meeting has been held identifying if and what disputes remain.
- Hearing continued to 12/9 at 11am.

                                 **Carlota Böhm**
                                   **Chief U.S. Bankruptcy Judge**

                                 FILED
                                 10/28/20 2:37 pm
                                 CLERK
                                 U.S. BANKRUPTCY
                                 COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dolores May  
    Debtor(s)

Case No. 15-20648-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 2  
Date Rcvd: Oct 28, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dolores May, 341 McKee Road, North Versailles, PA 15137-2405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Jeffrey J. Sikirica | on behalf of Debtor Dolores May SikiricaLaw@zoominternet.net TrusteeSikirica@zoominternet.net |
| Jeffrey J. Sikirica | on behalf of Plaintiff Dolores May SikiricaLaw@zoominternet.net TrusteeSikirica@zoominternet.net |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com |

Case 15-20648-CMB    Doc 122    Filed 10/30/20    Entered 10/31/20 00:39:06    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 1 |

dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Lorraine Gazzara Doyle

on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com
Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

S. James Wallace

on behalf of Creditor Equitable Gas Bankruptcy Department sjw@sjwpgh.com
Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Thomas Song

on behalf of Creditor U.S. Bank Trust National Association Et al. pawb@fedphe.com

TOTAL: 13