## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **DOLORES MAY a/k/a** | ) | **Case No. 15-20648-CMB** |
| **GLADYS DOLORES MAY,** | ) | |
| **a/k/a DOLORES G. MAY, a/k/a** | ) | **Chapter 13** |
| **DELORES MAY,** | ) | |
| | ) | **Document No. _____** |
| **Debtor.** | ) | |
| | ) | **Related to Doc. No. 111, 115 & 121** |
| **DOLORES MAY a/k/a** | ) | |
| **GLADYS DOLORES MAY,** | ) | |
| **a/k/a DOLORES G. MAY, a/k/a** | ) | |
| **DELORES MAY,** | ) | |
| | ) | |
| **Movant(s),** | ) | |
| **v.** | ) | |
| | ) | |
| **U.S. BANK TRUST NATIONAL** | ) | |
| **ASSOCIATION, not in its** | ) | |
| **individual capacity of Citigroup** | ) | |
| **Mortgage Loan Trust 2019-C, and,** | ) | |
| **FAY SERVICING, LLC,** | ) | |
| | ) | |
| **Respondents(s)** | ) | |

## **STATUS REPORT**

AND NOW, come, Dolores May by and through her counsel, Jeffrey J. Sikirica, Esq,

(hereinafter "Movant") and Fay Servicing, LLC through its attorney Lorraine Gazzara Doyle,

Esq.   (hereinafter "Respondent") and file this "Status Report", stating in support thereof as

follows:

1. On September 23, 2020 the Movant filed a "Motion to Compel, Award Attorney Fees

    and Sanctions" against Respondent filed at Docket No. 110 (hereinafter the "Compel

    Motion").

2. On October 13, 2020, Respondent filed a response to the Compel Motion at Docket

No. 115.

3. A telephonic hearing was held on October 28, 2020 regarding the Compel Motion.

4. An order was issued by this Honorable Court for the Movant and Respondent to meet and confer in an attempt to resolve the matter or otherwise identify what disputes remain.

5. The Movant and Respondent did confer by telephone on November 5, 2020 and have continued to do so by email and telephone.

6. The Movant and Respondent are continuing to attempt to reach an agreement.   A Stipulation in Settlement is currently being revised and exchanged between the parties. It is hoped that the parties can reach an agreement and file a Stipulation in Settlement before the next hearing scheduled for December 9, 2002.


Dated 11/25/2020                                        Respectfully,


**/s/ *Jeffrey J. Sikirica***                          **/s/ *Lorraine Gazzara Doyle***
Jeffrey J. Sikirica, Trustee                           Lorraine Gazzara Doyle, Esquire
PA. I.D. #36745                                        PA. I.D. #34576
121 Northbrook Drive                                   Friedman Vartolo, LLP
Gibsonia, PA  15044                                    1325 Franklin Avenue, Suite 230
T:  (724) 625-2566                                     Garden City, NY   11530
F:  (724) 625-4611                                     T:  (212) 471-5100
TrusteeSikirica@zoominternet.net                       F: (212) 471-5150
**Attorney for Movant**                                Bankruptcy@FriedmanVartolo.com
                                                       **Attorney for Respondent**