# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | **BANKRUPTCY NO. 15-20648-CMB** |
| DOLORES MAY a/k/a | : | |
| GLADYS DOLORES MAY, | : | **CHAPTER NO. 13** |
| a/k/a DOLORES G. MAY, a/k/a, | : | |
| DELORES MAY, | : | |
| Debtor(s). | : | **Document No. _____** |
| | : | |
| | : | **Related to Document No. 126 & 127** |
| DOLORES MAY a/k/a | : | |
| GLADYS DOLORES MAY, | : | |
| a/k/a DOLORES G. MAY, a/k/a | : | |
| DELORES MAY, | : | |
| | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING, RESPONSE DEADLINE AND MOTION TO TURNOVER UNCLAIMED FUNDS

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 10, 2020.

The type(s) of service made on the parties was First Class Mail unless indicated as electronic service by NEF on the attached list.

By NEF:

Ronda Winnecour, Esquire
Chapter 13 Trustee                    rwinnecour@chapter13trusteewdpa.com

Office of the U.S. Trustee             Ustpregion03.pi.ecf@usdoj.gov

By U.S. Mail:

United States Attorney's Office
Western District of Pennsylvania
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA 15219

Ms. Dolores May
c/o Ms. Sherri Hill
423 Hillview Street
Duquesne, PA 15110

                                                  Respectfully submitted,

Dated: 12/10/2020                                 **/s/ Jeffrey J. Sikirica**

                                                  Jeffrey J. Sikirica, Esquire
                                                  PA. I.D. No.   36745
                                                  121 Northbrook Drive
                                                  Gibsonia, PA   15044
                                                  Tel. (724) 625-2566
                                                  Fax 724-625-4611
                                                  SikiricaLaw@zoominternet.net

                                                  **COUNSEL FOR DEBTORS**