**PROCEEDING MEMO**

**Date: 12/09/2020 11:00 am**

In re:    Dolores May

                                             **Bankruptcy No. 15-20648-CMB**
                                             **Chapter: 13**
                                             **Doc. # 111**

**Appearances:  BY ZOOM:  James Warmbrodt; Bill Miller**
                               **Jeffrey J. Sikirica**

**Nature of Proceeding: #111 Continued ZOOM Hearing Re: Motion To Compel, Award Attorney Fees and Sanctions**

**Additional Pleadings:  #113 Certificate of Service of Docket Nos. 111 and 112**
                                   **#115 Response by U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C**
                                   **#121 Proceeding Memo from Telephonic Hearing Held 10/28/2020 - Continued to a Zoom Hearing on 12/09/2020 at 11:00 a.m.**
                                   **#124 Status Report**

**Judge's Notes:**
 - Sikirica: Did have meeting and drafted proposed stip. May need additional time.
 - Miller: Final approval of consent order is pending with client.
 OUTCOME: Continued to 1/6 at 1:30. Will cancel if stip is entered.

                                             **Carlota Böhm**
                                             **Chief U.S. Bankruptcy Judge**

                                             FILED
                                             12/9/20 3:56 pm
                                             CLERK
                                             U.S. BANKRUPTCY
                                             COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-20648-CMB |
| Dolores May | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr        Page 1 of 2

Date Rcvd: Dec 09, 2020        Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

**Recip ID      Recipient Name and Address**
db      + Dolores May, 341 McKee Road, North Versailles, PA 15137-2405

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:**

**Name      Email Address**

Andrew F Gornall
     on behalf of Creditor Nationstar Mortgage LLC andygornall@latouflawfirm.com

Brian Nicholas
     on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com

Jeffrey J. Sikirica
     on behalf of Debtor Dolores May SikiricaLaw@zoominternet.net TrusteeSikirica@zoominternet.net

Jeffrey J. Sikirica
     on behalf of Plaintiff Dolores May SikiricaLaw@zoominternet.net TrusteeSikirica@zoominternet.net

Kevin Scott Frankel
     on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com

Leon P. Haller
     on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com

Case 15-20648-CMB    Doc 129    Filed 12/11/20    Entered 12/12/20 00:38:48    Desc
Imaged Certificate of Notice    Page 3 of 3

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Dec 09, 2020 | Form ID: pdf900 | Total Noticed: 1 |

dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Lorraine Gazzara Doyle
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

S. James Wallace
on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor U.S. Bank Trust National Association Et al. pawb@fedphe.com


TOTAL: 13