# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | **BANKRUPTCY NO. 15-20648-CMB** |
| **DOLORES MAY a/k/a** | : | |
| **GLADYS DOLORES MAY,** | : | **CHAPTER NO. 13** |
| **a/k/a DOLORES G. MAY, a/k/a,** | : | |
| **DELORES MAY,** | : | |
| Debtor(s). | : | **Document No.** _____ |
| | : | |
| | : | **Related to Document Nos. 119, 120,** |
| **DOLORES MAY a/k/a** | : | **126, 127 & 128** |
| **GLADYS DOLORES MAY,** | : | |
| **a/k/a DOLORES G. MAY, a/k/a** | : | **Zoom Hearing Date and Time:** |
| **DELORES MAY,** | : | **01/06/2020 @ 2:30 p.m.** |
| | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| **No Respondent(s)** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO TURNOVER UNCLAIMED FUNDS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Turnover Unclaimed Funds (hereinafter the "Motion") filed on December 11, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 28, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 12/29/2020        By: /s/ Jeffrey J. Sikirica
                                    Signature
                                    Jeffrey J. Sikirica
                                    Typed Name
                                    121 Northbrook Drive, Gibsonia, PA   15044
                                    Address
                                    724-625-2566
                                    Phone No.
                                    PA ID 36745
                                    List Bar I.D. and State of Admission