# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | **BANKRUPTCY NO. 15-20648-CMB** |
| **DOLORES MAY a/k/a** | : | |
| **GLADYS DOLORES MAY,** | : | **CHAPTER NO. 13** |
| a/k/a DOLORES G. MAY, a/k/a, | : | |
| **DELORES MAY,** | : | |
| Debtor(s). | : | Document No. _____ |
| | : | |
| | : | Related to Document Nos. 119, 120, |
| **DOLORES MAY a/k/a** | : | 126, 127, 128 & 130 |
| **GLADYS DOLORES MAY,** | : | |
| a/k/a DOLORES G. MAY, a/k/a | : | Zoom Hearing Date and |
| **DELORES MAY,** | : | Time: 01/06/2021 @ 2:30 p.m. |
| | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| **No Respondent(s)** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO TURNOVER UNCLAIMED FUNDS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Turnover Unclaimed Funds (hereinafter the "Motion") filed on December 11, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 28, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.


Dated:  12/29/2020                         By:  /s/ Jeffrey J. Sikirica
                                                                                                  Signature
                                                                                                   Jeffrey J. Sikirica
                                                                                                  Typed Name
                                                                             121 Northbrook Drive, Gibsonia, PA   15044
                                                                             Address
                                                                             724-625-2566
                                                                             Phone No.
                                                                             PA ID 36745
                                                                             List Bar I.D. and State of Admission