IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | : Bankruptcy Case No. 15-20648-CMB |
|  | : |
|  | : Chapter 13 |
| Dolores May aka Gladys Dolores May aka Dolores G. May aka Delores May, Debtor | : |
|  | : Judge: Carlota M. Bohm |
|  | : |
|  | : Related to: Document Nos. 111 and 134 |
| Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C, Respondent | : |
|  | : |
|  | : |
| Ronda J. Winnecour, Additional Respondent | : |

## ORDER

IT IS HEREBY ORDERED that the Stipulation in Settlement of the Motion to Compel, Award Attorneys Fees and Sanctions filed on ___January 5___, 20_21_ in the above bankruptcy case is APPROVED.

Dated: January 5, 2021

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/5/21 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-20648-CMB |
| Dolores May | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

**Recip ID        Recipient Name and Address**
db            + Dolores May, 341 McKee Road, North Versailles, PA 15137-2405

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Andrew F Gornall
          on behalf of Creditor Nationstar Mortgage LLC andygornall@latouflawfirm.com

Brian Nicholas
          on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com

Jeffrey J. Sikirica
          on behalf of Debtor Dolores May trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Jeffrey J. Sikirica
          on behalf of Plaintiff Dolores May SikiricaLaw@zoominternet.net  TrusteeSikirica@zoominternet.net

Kevin Scott Frankel
          on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com

Leon P. Haller
          on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com

Case 15-20648-CMB    Doc 136    Filed 01/07/21    Entered 01/08/21 00:47:25    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Lorraine Gazzara Doyle
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-C lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

S. James Wallace
on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor U.S. Bank Trust National Association Et al. pawb@fedphe.com

TOTAL: 13